Patricia V. Pierce
Lori L. March
Noah S. Cohen
GREENBLATT, PIERCE, ENGLE, FUNT & FLORES, LLC
123 South Broad Street, Suite 2500
Philadelphia, PA  19109

*Attorneys for Plaintiff*, George Moore

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE MOORE, | Civil Action No. 1:15-cv-02392 |
| Plaintiff, | |
| v. | Judge John E. Jones III |
| COMMONWEALTH OF PA, *et al.*, | |
| Defendant. | |

## STIPULATION OF PARTIAL DISMISSAL

It is HEREBY STIPULATED by and between the parties, through their respective undersigned counsel, that all claims against Defendants Charles Ardo

and the Commonwealth of Pennsylvania, only, shall be and the same are HEREBY DISMISSED with prejudice and without costs.

Dated: July 20, 2016

*s/ Patricia V. Pierce*
PATRICIA V. PIERCE
*Attorney for Plaintiff*

Dated: July 20, 2016

*s/ Edward Ellis*
EDWARD ELLIS
*Attorney for Defendants*
*Kane and Pennsylvania Office of*
*Attorney General*

Dated: July 20, 2016

*s/ Carmon Harvey*
CARMON HARVEY
*Attorney for Defendant,*
*Jonathan Duecker*

APPROVED BY THE COURT and SO ORDERED:

_____
JOHN E. JONES, III, U.S.D.J.